UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMAS O. DELGADO, | ) | 1:12-cv-01092-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER FOR PLAINTIFF TO SUBMIT A NEW CONSENT/DECLINE FORM WITHIN THIRTY DAYS |
| vs. | ) | |
| | ) | |
| RYAN, et al., | ) | ORDER FOR CLERK TO SEND CONSENT/DECLINE FORM TO PLAINTIFF |
| | ) | |
| Defendants. | ) | |

Tomas O. Delgado ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 6, 2012. (Doc. 1.)

On July 6, 2012, the Court entered an order requiring Plaintiff to complete and file the Court's consent/decline form within thirty days, indicating whether he consented to or declined Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 3.) On July 30, Plaintiff filed a consent/decline form. (Doc. 5.) However, the form was not correctly completed. Plaintiff indicated on the form that he both consented to and declined Magistrate Judge jurisdiction. Plaintiff must make only one choice. Plaintiff shall be allowed another opportunity to correctly complete and file a consent/decline form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send to Plaintiff the Court's consent/decline form;
2. Within thirty days of the date of service of this order, Plaintiff shall complete and submit the consent/decline form indicating one of these two choices:

       (1) consent to Magistrate Judge jurisdiction, <u>or</u>

       (2) decline Magistrate Judge jurisdiction;

3.    Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

**Dated:**   **July 31, 2012**            /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE