1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10      TOMAS DELGADO,                              NO. 1:12-cv-01092 GSA PC
                                            )
11                                          )        ORDER DISMISSING ACTION
                          Plaintiff,        )
12                                          )
                v.                          )
13                                          )
        M. GEORGE, et al.,                   )
14                                          )
                          Defendants.       )
15      _____)

16

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

18      § 1983.   Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §

19      636(c)(1).

20          By order filed November 29, 2012, the operative complaint was dismissed for failure to

21      state a claim.  Plaintiff was granted leave to file an amended complaint, and directed to do so

22      within thirty days.  Plaintiff has not filed an amended complaint.

23          In the November 29, 2012, order the Court informed Plaintiff of the deficiencies in his

24      complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

25      upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

26      Court dismisses the claims made in the original complaint with prejudice for failure to state a

27      federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448

28      (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to

dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state a claim upon which relief can be granted.   The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **January 7, 2013**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2